disagreement. It approaches the most literal sense of the word "arbitrary" to put one to death in the face of a contrary jury determination where it is accepted that the jury had indeed responsibly carried out its task.

The Eighth Amendment at least mandates that an execution only be the consequence of a "process that will guarantee, as much as is humanly possible, that the sentence was not imposed out of whim, passion, prejudice, or mistake." *Eddings* v. *Oklahoma*, 455 U. S. 104, 118 (1982) (O'CONNOR, J., concurring). Here, the judge based the death sentence on his understanding of the evidence and his evaluation of aggravating and mitigating circumstances. But the jury had previously examined the same facts, made findings, evaluated all aggravating and mitigating factors, and reached a determination that death would be inappropriate. Where such a jury finding has been made, the Eighth Amendment requires more than that the trial judge declare that he has considered but disagrees with the conclusion of that admittedly responsible and informed jury.

No. 84–6316 (A–654). DE LA ROSA *v.* TEXAS. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 83–1153. MILLS MUSIC, INC. *v.* SNYDER ET AL., 469 U. S. 153;

No. 83–1378. EVITTS, SUPERINTENDENT, BLACKBURN CORRECTIONAL COMPLEX, ET AL. *v.* LUCEY, 469 U. S. 387;

No. 84–452. TODD *v.* UNITED STATES, 469 U. S. 1189;

No. 84–820. POLYAK *v.* HULEN ET AL., 469 U. S. 1190;

No. 84–5798. DEMORAN *v.* CALIFORNIA, 469 U. S. 1194; and

No. 84–5848. IN RE TYLER, 469 U. S. 1206. Petitions for rehearing denied.